**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7845**

———————————

HARVEY CULP, JR.,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; UNITED STATES PAROLE
COMMISSION; PROSECUTING ATTORNEY; WOODROW
JONES, Judge, "Judge of Judgment"; JOHN DOE,
Judge; MERCER BLANKENSHIP, JR., Attorney,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-03-268-3-MU2)

———————————

Submitted:  December 9, 2004        Decided:  December 14, 2004

———————————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Harvey Culp, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harvey Culp, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. See Culp v. United States, No. CA-03-268-3-MU2 (W.D.N.C., Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED